UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00237-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSCAR SILVA-RIVERA,
a/k/a Ramiro Maurice Silva,
a/k/a Ramiro Maurice Silva-Rivera,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on May 30, 2007 by Defendant Oscar Silva-Rivera.  The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **June 25, 2007** at **11:30 a.m.**  in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 30th day of May, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge